**Sylvia L. STREET, Plaintiff–Appellant,**

v.

**C. WALSH, Counselor; H. Diggs, Security Major; W. Hobbs, Warden, Defendants–Appellees.**

No. 00–6950.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 12, 2001.

Sylvia L. Street, pro se. Pamela Anne Sargent, Assistant Attorney General, Richmond, VA, for appellees.

Before WIDENER, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Sylvia L. Street appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Street v. Walsh,* No. CA–98–1304–2 (E.D.Va. Nov. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*